UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>C&S Wholesale Grocers, Inc.</u>

    v.                      Civil No. 11-cv-127-JL

<u>Grocery Haulers, Inc.</u>

**ORDER OF RECUSAL**

Because Arnold Rosenblatt, who filed an answer on May 23rd on behalf of Grocery Haulers, Inc., is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

                                                   _/s/ Joe Laplante_
                                                   Joseph N. Laplante
                                                   United States District Judge

Dated: May 24, 2011

cc:   Gordon J. MacDonald, Esq.
       Arnold Rosenblatt, Esq.