UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
----------------------------------X
C&S WHOLESALE GROCERS, INC.,       :
                                   :
               Plaintiff,          :
                                   :
         v.                        :   Civ. No: 1-11-cv-00127-LM
                                   :
                                   :
GROCERY HAULERS, INC.,             :
                                   :
               Defendant.          :
                                   :
----------------------------------X
```

**JOINT STIPULATION AND ORDER
TO MODIFY DISCOVERY PLAN AND TRIAL DATE**

    **WHEREAS**, plaintiff C&S Wholesale Grocers, Inc. ("C&S") and defendant Grocery Haulers, Inc. ("GHI") (collectively, the "Parties") have been actively engaged in conducting discovery in the above captioned matter;

    **WHEREAS**, on October 18, 2012, GHI engaged Blank Rome LLP as replacement lead counsel in this case;

    **WHEREAS**, the Parties have also been actively engaged in litigating two other parallel proceedings, both pending before Judge Rakoff in the Southern District of New York captioned, *Grocery Haulers, Inc. v. C&S Wholesale Grocers, Inc.*, No: 11-CV-3130, and *Grocery Haulers, Inc. v. C&S Wholesale Grocers, Inc.*, No: 12-CV-2651; and

    **WHEREAS**, although the Parties have worked diligently to comply with the discovery plan as approved by the Court, and in light of the replacement of GHI's counsel, the Parties agree that additional time will be necessary in the instant action to complete depositions and prepare summary judgment motions.

**NOW, THEREFORE**, the Parties hereby stipulate and agree, and propose to the Court for entry as an Order, that the discovery plan proposed by the Parties and entered by the Court on September 4, 2012 be modified as follows:

1. Date fact discovery will be completed: January 11, 2013;

2. Date for filing of Motions for Summary Judgment: January 18, 2013; and

3. Date for trial: May 21, 2013.

Dated: November 6, 2012

| C&S WHOLESALE GROCERS, INC. | GROCERY HAULERS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| By:   /s/ Gordon J. MacDonald | By:  /s/Arnold Rosenblatt |
| Gordon J. MacDonald | Arnold Rosenblatt  (N.H. Bar No. 2879) |
| (N.H. Bar No. 11011) | Kathleen M. Mahan  (N.H.  Bar No. 17124) |
| NIXON PEABODY LLP | COOK, LITTLE, ROSENBLATT & |
| 900 Elm Street | MANSON, PLLC |
| Manchester, NH 03101 | 1000 Elm Street |
| Telephone: 603-628-4000 | Manchester, NH 03101 |
| Fax: 603-628-4040 | Telephone: 603-621-7100 |
| gmacdonald@nixonpeabody.com | a.rosenblatt@clrm.com |
| | |
| Benjamin L. Hincks, Esq. (Admitted *pro hac vice*) | James V. Masella, III (*pro hac vice admission pending*) |
| Michael J. Ticcioni, Esq. (Admitted *pro hac vice*) | Philippe M. Salomon (*pro hac vice admission pending*) |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C. | BLANK ROME LLP |
| One Financial Center | The Chrysler Building |
| Boston, MA 02111 | 405 Lexington Avenue |
| Telephone: 617-542-6000 | New York, New York 10174 |
| Fax: 617-542-2241 | Telephone: 212-885-5000 |
| bhincks@mintz.com | Fax: 917-332-3723 |
| mjticcioni@mintz.com | jmasella@blankrome.com |
| | psalomon@blankrome.com |

SO ORDERED:

_____
Hon. Landya B. McCafferty

Date: November 7, 2012